**Kielsky, Rike & Elgart, PLLC**
86 W. University Dr. #107
Mesa, AZ 85201
Telephone: (480) 626-5415
Facsimile: (480) 626-5543
Attorneys for Debtor

Jonathan A. Elgart, AZ Bar #024375
Jonathan@krelegal.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Wendi Kay Knutson,<br>    Debtor.<br><br>Wells Fargo Bank, N.A.,<br>    Movant,<br><br>v.<br><br>Wendi Kay Knutson, Debtor;<br>Stanley J. Kartchner, Trustee,<br>    Respondents. | Case No. 4:09-bk-28002-JMM<br><br>In Proceedings under Chapter 7<br><br>OBJECTION TO MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br>Re: Real Property Located at<br>28045 North Quartz Drive<br>Queen Creek, AZ 85242 |

Debtor WENDI KAY KNUTSON, by and through undersigned counsel, hereby objects to the Motion to Lift the Automatic Bankruptcy Stay ("Motion") filed November 12, 2009, by Wells Fargo Bank, N.A. ("Movant"). Debtor wishes to work out an agreement whereby she may remain in her home, either permanently or temporarily, and requests that the stay remain in effect while such an agreement is negotiated. Indeed, the Motion indicated that the Movant may be amenable to such an agreement.

For these reasons, Debtor requests that an order granting relief from the automatic stay not be issued at this time.

DATED this 25th day of November, 2009.

/s/ Jonathan A. Elgart
Jonathan A. Elgart, Attorney for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by mail or by electronic means on this date upon the U.S. Trustee, case trustee Stanley J. Kartchner, and the following:

Mark S. Bosco
Leonard J. McDonald
Tiffany & Bosco, P.A.
*Attorneys for Movant*

DATED this 25th day of November, 2009.

/s/ Jonathan A. Elgart
Jonathan A. Elgart, Attorney for Debtor