**Kielsky, Rike & Elgart, PLLC**
86 W. University Dr. #107
Mesa, AZ 85201
Telephone: (480) 626-5415
Facsimile: (480) 626-5543
Attorneys for Debtor

Jonathan A. Elgart, AZ Bar #024375
Jonathan@krelegal.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re:<br><br>Wendi Kay Knutson,<br>    Debtor.<br><br>Wells Fargo Bank, N.A.,<br>    Movant,<br><br>v.<br><br>Wendi Kay Knutson, Debtor;<br>Stanley J. Kartchner, Trustee,<br>    Respondents. | Case No. 4:09-bk-28002-JMM<br>In Proceedings under Chapter 7<br><br>OBJECTION TO CERTIFICATE OF SERVICE AND LODGED ORDER<br><br>Re: Real Property Located at<br>28045 North Quartz Drive<br>Queen Creek, AZ 85242 |
|---|---|

On December 4, 2009, Wells Fargo Bank, N.A. ("Movant") filed a Certificate of Service and No Objection and lodged an order granting the Motion to Lift the Automatic Bankruptcy Stay ("Motion") that Movant had filed on November 12, 2009. The Certificate of Service purported to affirm that Movant had not received an objection to the Motion.

However, Debtor Wendi Kay Knutson ("Debtor"), through undersigned counsel, timely filed an objection to the Motion on November 25, 2009. The said objection was duly

-1-

served upon Movant through the Bankruptcy Court's Electronic Case Filing system at Movant's designated address ecf@tblaw.com. The said objection appears on the Court's docket for the instant case at Number 8.

For the above reasons, the Certificate of Service and No Objection is invalid and the Debtor requests that the lodged order not be signed.

DATED this 7th day of December, 2009.

                                                  /s/ Jonathan A. Elgart
                                                  Jonathan A. Elgart, Attorney for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by mail or by electronic means on this date upon the U.S. Trustee, case trustee Stanley J. Kartchner, and the following:

Mark S. Bosco
Leonard J. McDonald
Tiffany & Bosco, P.A.
*Attorneys for Movant*

DATED this 7th day of December, 2009.

                                                  /s/ Jonathan A. Elgart
                                                Jonathan A. Elgart, Attorney for Debtor