# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | WENDI KAY KNUTSON | | |
| **Case Number:** | 4:09-BK-28002-JMM | **Chapter:** | 7 |
| **Date / Time / Room:** | MONDAY, JANUARY 04, 2010 11:00 AM   COURTROOM 329 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | CINDY TURNBULL | | |
| **Reporter / ECR:** | BEVERLY GRANILLO | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY AT 28045 NORTH QUARTZ DRIVE QUEEN CREEK, AZ FILED BY WELLS FARGO BANK, N.A.

**R / M #:**   5 / 0

## *Appearances:*

JONATHAN A. ELGART, ATTORNEY FOR WENDI KAY KNUTSON, APPEARING BY PHONE
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO, APPEARING BY PHONE

## *Proceedings:*

COURT:  THE TRUSTEE HASN'T OPPOSED THE MOTION, SO THE STAY WILL BE LIFTED.  MR. MCDONALD IS TO UPLOAD THE ORDER.