

# TIFFANY & BOSCO
P.A.

**Dated: January 13, 2010**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28271/0058163015

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Wendi Kay Knutson
       Debtors.
_____

Wells Fargo Bank, N.A.
       Movant,
   vs.

Wendi Kay Knutson, Debtors; Stanley J. Kartchner,
Trustee.

      Respondents.
_____

No. 4:09-bk-28002-JMM

Chapter 7

O R D E R

(Related to Docket # 5)

    This matter having come before the Court for a Preliminary Hearing on January 4, 2010, Movant
appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor  appearing by and through their
counsel, Jonathan A. Elgart*, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays
imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain
real property which is subject of a Deed of Trust dated August 16, 2005, in the office of the Pinal County

Recorder at wherein Wells Fargo Bank, N.A. is the current beneficiary and Wendi Kay Knutson have an interest in, further described as:

Lot 151, of FINAL PLAT FOR UNIT ONE AT COPPER BASIN, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet D, Slide 55.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizer of every name and description;

TOGETHER WITH all uranium, thorium, or any other material determined by the laws of the United States, or of the State, or decisions of Court, to be peculiarly essential to the production of fissionable materials, whether or not of commercial value, as reserved by the State of Arizona in the Patent to said land.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____day of _____, 2010.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT